**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**EMIL R. KUBAS,**

      **Plaintiff,**

v.                                                          **Case No: 8:05-cv-2093-T-TBM**

**JO ANNE B. BARNHART,**
**Commissioner of the United States**
**Social Security Administration,**

      **Defendant.**
_____/

## O R D E R

This is an action seeking review of the determination of the Commissioner of the Social Security Administration. The case is at issue, and in accordance with the provisions of 42 U.S.C. § 405(g), the Commissioner has filed her Answer to the Complaint and a certified copy of the transcript of the record before the agency. In deciding an action for review under the Social Security Act, the court can look no further than the pleadings and transcript of the record before the agency. No *de novo* hearing is authorized.

It is **ORDERED**:

(1) Plaintiff is hereby directed to submit a memorandum of law in support of the allegations of the Complaint within **sixty (60) days** from the date of this Order. The Plaintiff must identify with particularity the discrete grounds upon which the administrative decision is being challenged. Moreover, any such discrete challenges must be supported by citation to the record of the pertinent facts and by citations of the governing legal standards. Any

contention for which these requirements are not met is subject to being disregarded for insufficient development.

(2)   The Commissioner is hereby directed to submit a memorandum of law in support of her position within **sixty (60) days** of the filing of Plaintiff's memorandum of law.  In responding to the Plaintiff's memorandum, the Commissioner may take into consideration a failure to meet the requirements of the preceding paragraph.

(3)   In the absence of consent to magistrate jurisdiction, a Report and Recommendation as to the disposition of the matter will be prepared by the magistrate judge for consideration by the district judge.  In the event of consent to magistrate judge jurisdiction, then the magistrate judge will issue a final Order.

(4)   Motion practice under Rule 12(c) (judgment on the pleadings) or Rule 56 (summary judgment) of the Federal Rules of Civil Procedure is not appropriate.

**Done and Ordered** at Tampa, Florida, this 9th day of March 2006.

_/s/ Thomas B. McCoun III_
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record